O'Bryan Brothers *et al. v.* Hardwick & Co. *et al.*

There was no abuse of discretion in the judgment revoking the restraining order and denying the injunction prayed for.

July 30, 1894.                    *Judgment affirmed.*

Petition for injunction, etc. Before Judge Milner. Whitfield county. February 21, 1894.

Jones & Martin, for plaintiffs. R. J. & J. McCamy and McCutchen & Shumate, for defendants.

---

Birdsong *et al. v.* Allen-Dumas Company *et al.*

The undisputed evidence showing that at the time the petition was filed the debtor had ceased to be a trader, and also that the mortgages attacked were made to secure *bona fide* and genuine debts, it was error to grant the injunction and appoint a receiver.

June 18, 1894. Argued at the last term.        *Judgment reversed.*

Petition for injunction and receiver. Before Judge Griggs. Bibb county. January 26, 1894.

Birdsong made two mortgages on December 23, 1893, covering his stock of merchandise, to secure notes of that date, due one day afterward, payable to his wife and brother. The mortgages were foreclosed on December 25, and the store closed. Plaintiffs brought their petition in the nature of a general creditors' bill on January 9, 1894, against Birdsong as an insolvent trader, and against the mortgagees, alleging, among other things, that the mortgages were made, with the knowledge of the mortgagees, to hinder and delay the creditors; and charging, on information and belief, that the same were fraudulent and without any valuable consideration. The controlling facts on which the case turned are stated in the head-note.

R. V. Hardeman & Son, by B. M. Davis, for plaintiffs in error. L. D. Moore, by brief, *contra.*